# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AT&T MOBILITY LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>T-MOBILE USA INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 4:22-CV-00760-ALM |

## JOINT MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiff AT&T Mobility LLC ("AT&T") and Defendant T-Mobile USA, Inc. ("T-Mobile") hereby submit this Joint Motion to Stay All Deadlines and Notice of Settlement, and would respectfully show the Court as follows:

1. The parties have agreed to settle all claims. The parties are currently finalizing the settlement agreement and dismissal papers.

2. The parties respectfully request that the Court stay the pending deadlines contained in the Scheduling Order (Dkt. No. 34) and subsequent modifications (Dkt. Nos. 38, 41, and 43) for 30 days so that appropriate dismissal papers may be submitted.

DATE: April 28, 2023

Respectfully submitted,

<div style="display: flex;">

By: */s/ Pete Marketos*  
Pete Marketos  
  State Bar No. 24013101  
  pete.marketos@rm-firm.com  
Tyler J. Bexley  
  State Bar No. 24073923  
  tyler.bexley@rm-firm.com  
Jamison M. Joiner  
  State Bar No. 24093775  
  jamison.joiner@rm-firm.com  
**REESE MARKETOS LLP**  
750 N. Saint Paul St., Suite 600  
Dallas, Texas 75201-3202  
214.382.9810 telephone  
214.501.0731 facsimile  

**ATTORNEYS FOR PLAINTIFF AT&T MOBILITY LLC**

By: */s/ Craig B. Whitney*  
Craig B. Whitney*  
Molly G. Rothschild*  
**FRANKFURT KURNIT KLEIN & SELZ PC**  
28 Liberty Street, 35th Fl.  
New York, NY 10005  
(212) 980-0120  
cwhitney@fkks.com  
mrothschild@fkks.com  
*Admitted pro hac vice*  

**GILLAM & SMITH LLP**  
Melissa R. Smith  
J. Travis Understood  
303 South Washington Avenue  
Marshall, Texas 75670  
(903) 934-8450  
melissa@gillamsmithlaw.com  
travis@gillamsmithlaw.com  

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.**

</div>

## CERTIFICATE OF SERVICE

    The undersigned certifies that, on April 28, 2023, the foregoing document was submitted to the clerk of the U.S. District Court, Eastern District of Texas, using the electronic case filing system (CM/ECF) of the court. I certify that the document was served on all known counsel of record electronically as authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Pete Marketos*  
Pete Marketos